# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| FRANK L. GATES, | Case No. 2:13-CV-02323-MCE-DAD |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION** |
| CHAR-BROIL, LLC, | |
| Defendants. | |

Pursuant to stipulation by and between the parties to this action through their designated counsel, the entire above-captioned action is hereby dismissed with prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated: March 10, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT